IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 cr 27

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NATHANIEL GURU THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion filed by the government entitled " Motion to Continue Competency Hearing on Behalf of Defendant" (#22). It appearing to the court, upon a review of the motion, that good cause has been shown for the granting of such motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Motion to Continue Competency Hearing on Behalf of Defendant" (#22) is hereby **ALLOWED** and this matter be reset for hearing on **January 8, 2010.**

Signed: January 5, 2010

_____
Dennis L. Howell
United States Magistrate Judge