IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 cr 27

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NATHANIEL THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS CAUSE** coming on to be heard, pursuant to a motion entitled " Motion to Continue" (#28) filed by defendant's counsel in which counsel for the defendant requests that there be a rescheduling of a Rule 11 hearing in this matter. It appearing to the court that good cause has been shown for the granting of said motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Motion to Continue" (#28) is hereby **ALLOWED** and the Rule 11 proceeding for the defendant shall be set for hearing on **April 13, 2010 at 9:30 a.m.** in courtroom #2 of the United States Courthouse in Asheville, NC.

Signed: April 12, 2010

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge