THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:09-cr-00027-MR-DLH-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **NATHANIEL GURU THOMPSON,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Petition [Doc. 69].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 69] is **GRANTED**, and the Petition for Revocation of Supervised Release [Doc. 58] is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Defendant, counsel for the Government, and the United States Probation Office.

**IT IS SO ORDERED**.

Signed: April 9, 2018

Martin Reidinger
United States District Judge